UNITED STATES of America,
Plaintiff–Appellee,

v.

Clifton Anthony GRANT, a/k/a Cliff,
Defendant–Appellant.

No. 02–6760.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 28, 2002.

Clifton Anthony Grant, Appellant Pro Se. Michael Edward Rich, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Clifton Anthony Grant appeals the district court's order denying his request for release pending appeal of the court's or-

ders denying his motion for review of his sentence and denying his motion for reconsideration. *See United States v. Grant,* No. 02–6505, 2002 WL 1270005, 37 Fed. Appx. 625 (4th Cir. June 7, 2002) (unpublished). Because this Court's decision in No. 02–6505 affirming the district court's orders has issued, Grant's present appeal of the denial of his motion for release pending appeal is moot. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*